Nathaniel K. FRANKLIN, Petitioner,

v.

### MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2012–3015.

United States Court of Appeals, Federal Circuit.

Jan. 30, 2012.

Sara B. Rearden, Merit Systems Protection Board, Washington, DC, for Respondent.

Nathaniel K. Franklin, Inglewood, CA, for Petitioner.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination, Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's January 13, 2012, 2012 WL 763129, dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before February 20, 2012.